PD-0879-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 8:38:41 AM
Accepted 7/17/2015 12:50:00 PM
ABEL ACOSTA
CLERK

NO. <u>04-14-00378-CR</u>

| | | |
|---|---|---|
| ROBERTO GARCIA | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes ROBERTO GARCIA, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On June 8, 2015, the Court of Appeals affirmed appellant's conviction. <u>ROBERTO GARCIA v. State</u>, 04-14-00378-CR. This petition is therefore due on July 9, 2015, thirty (30) days from the date that the Court of Appeals affirmed appellant's conviction.

2.     Counsel has been unable to complete the petition for the following reasons: Counsel has been unable to complete the petition due to the workload of the case preparation and the fact that counsel has been battling illness that has resulted in his hospitalization at Christus Spohn Kleberg in Kingsville, Kleberg County, Texas.

3.     Defendant is currently free on bond.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days to file a petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

Respectfully submitted,

July 17, 2015

ABEL ACOSTA, CLERK

DAVID T. GARCIA
721 E. King
KINGSVILLE, TX 78363
Tel: (361) 595-4142
Fax: (361) 595-0544


By:_____
    DAVID T. GARCIA
    State Bar No. 07631800
    davidtgarcia0881@gmail.com
    Attorney for ROBERTO GARCIA




## CERTIFICATE OF SERVICE

This is to certify that on July 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brooks County, 100 East Miller Street, Falfurrias, Texas 78355, by mail.


_____
DAVID T. GARCIA